## 42771. BRACKIN v. THE STATE.

PER CURIAM. This appeal was docketed on May 9, 1967, and the enumeration of errors was filed on June 9, 1967. As the enumeration of errors was not filed within 10 days after the case was docketed, the appeal must be

*Dismissed. Bell, P. J., Pannell and Joslin, JJ., concur.*

SUBMITTED JUNE 12, 1967—DECIDED JUNE 27, 1967.

*O. L. Crumbley,* for appellant.